1  Lance A. Maningo
   MANINGO LAW
2  Nevada Bar No. 6405
   400 South 4th Street, Suite 650
3  Las Vegas, Nevada 89101
4  702.626.4646
   lance@maningolaw.com
5  Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MAKHSUD SHAHIN,<br><br>Defendant. | 2:25-cr-0154-RFB-MDC<br><br>**STIPULATION AND ORDER**<br>**TO MODIFY CONDITIONS**<br>**OF PRETRIAL RELEASE** |

IT IS HEREBY STIPULATED AND AGREED by and between LANCE A. MANINGO, of MANINGO LAW, counsel for defendant MAKHSUD SHAHIN ("SHAHIN"), SIGAL CHATTAH, Acting United States Attorney, and MELINDA BREWER, Assistant United States Attorney, Counsel for the United States of America, that the Pretrial Conditions placed on SHAHIN pursuant to the Appearance Bond and Order Setting Conditions of Release (ECF NO. 8) be modified as follows:

This Stipulation is entered into for the following reasons:

1. That as a term of Pretrial release, SHAHIN was ordered to satisfy all outstanding warrants within ninety (90) days and provide verification to Pretrial Services;

2. That Counsel for the United States and Counsel for SHAHIN agree to an additional ninety (90) days for SHAHIN to satisfy his outstanding warrants and provide verification to Pretrial Services;

1

3. That as directed by a licensed professional counselor, or considered necessary by the Pretrial Officer or Supervising Officer- Counsel for the United States and Counsel for SHAHIN stipulate and agree to mental health treatment services for SHAHIN;

4. That United States Pretrial Services Officer, Samira Barlow, does not object to the additional time for SHAHIN to satisfy his outstanding warrants and addition of mental health treatment services, as necessary.

RESPECTFULLY SUBMITTED this 25th day of November 2025.

By:  /s/ Lance A. Maningo              By:  /s/ Melinda Brewer
    LANCE A. MANINGO                    MELINDA BREWER
    Attorney for Defendant                  Assistant US Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

THE UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MAKHSUD SHAHIN,

    Defendant.

2:25-cr-0154-RFB-MDC

**ORDER MODIFYING**
**CONDITIONS OF**
**PRETRIAL RELEASE**

**FINDINGS OF FACTS**

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

This Stipulation is entered into for the following reasons:

1. That as a term of Pretrial release, SHAHIN was ordered to satisfy all outstanding warrants within ninety (90) days and provide verification to Pretrial Services;

2. That Counsel for the United States and Counsel for SHAHIN agree to an additional ninety (90) days for SHAHIN to satisfy his outstanding warrants and provide verification to Pretrial Services;

1. That as directed by a licensed professional counselor, or considered necessary by the Pretrial Officer or Supervising Officer- Counsel for the United States and Counsel for SHAHIN stipulate and agree to mental health treatment services for SHAHIN;

3. That United States Pretrial Services Officer, Samira Barlow, does not object to the additional time for SHAHIN to satisfy his outstanding warrants and addition of mental health treatment services, as necessary.

/ / /

. / / /

/ / /

3

## ORDER

**IT IS THEREFORE ORDERED** that SHAHIN shall have to and include **December 29, 2025**, to satisfy his outstanding warrants and provide verification to Pretrial Services, and SHAHIN shall participate in and receive mental health treatment services as determined necessary by the Pretrial Services Office, Supervising Officer, or licensed professional counselor.

**DATED** this 26th day of November, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

Respectfully submitted by:

**MANINGO LAW**

By:  /s/ Lance A. Maningo
     Lance A. Maningo
     Nevada Bar No. 6405
     400 South 4th Street, Suite 650
     Las Vegas, Nevada 89101
     Attorney for Defendant

4